# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ITZEL PATYNA,**

    **Plaintiff,**

vs.                              Case No.:  6:24-cv-00144-PGB-RMN

**CRAFTWORK CARPENTRY**
**AND MILLWORK, INC, a Florida**
**Profit Corporation,**

    **Defendant.**

_____/

## UNOPPOSED MOTION TO WITHDRAW

Louis Montone, Esquire, proceeding under Local Rule 2.02(c), moves to withdraw from representing Itzel Patyna in this action and as grounds states as follows:

1. This action was filed on January 22, 2024, but has not yet been served.

2. On January 23, 2024, the Court entered an initial Order directing the parties to comply with Local Rule 1.01(a).

3. Irreconcilable differences have arisen between client and counsel and the ability to proceed together has been comprised.

4. Counsel for Plaintiff discussed the issues with the client on January 22, 2024 via telephone and confirmed via email.

5. I, Louis Montone, certify that the client consents to the withdrawal.

1

6. The withdrawal will result in a person proceeding pro se. Pursuant to Local Rule 2.02(c), the party's contact information is as follows:

| | |
|---|---|
| Mailing address: | 622 East St Sebastian Ct<br>Altamonte Springs, Florida 32714 |
| Email address: | itzel05041974patyna@gmail.com |
| Telephone number: | 904-635-6801 |

7. The withdrawal will not result in a continuance of a trial.

8. The client was informed that she has the option to retain other counsel or proceed pro se. Because the case was just filed but not served, the party has adequate time to find new counsel if she so wishes.

9. Additionally, discovery has not started nor are there any other motions pending before the Court.

10. Withdrawal will not cause a materially adverse effect on the client's interest.

11. There has been no appearance yet by the Defendant so withdrawal will not impact the Defendant.

WHEREFORE, Plaintiff's counsel requests an order withdrawing Louis Montone, Esq. as counsel for Plaintiff and any other relief the Court deems fit and proper.

**Local Rule 3.01(g) Certification**

This action was filed on January 22. 2024, but has not been served yet.  As such, no attorney or representative has appeared for the Defendant at the date and time of this filing.

Dated this _23rd_ day of January, 2024.

Respectfully submitted,

**/s/ Louis Montone**
Louis Montone, Esquire
FBN: 0112096
Counsel for Plaintiff
The Montone Law Firm, P.A.
994 Douglas Avenue, Suite 100
Altamonte Springs, FL 32714
Telephone: (407) 565-8228
Facsimile: (877) 587-3481
Email: louis.montone@montonelawfirm.com