UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ITZEL PATYNA,

    Plaintiff,

v.

CRAFTWORK CARPENTRY AND
MILLWORK, INC.,

    Defendant.

Case No. 6:24-cv-144-PGB-RMN

## **ORDER**

This cause comes before the Court for consideration on Plaintiff's Unopposed Motion to Withdraw (Dkt. 4), filed January 23, 2024 ("Motion"). The Court held a hearing on January 30, 2024 ("Hearing"). Dkt. 7. For the reasons stated on the record at the Hearing, the Motion is due to be granted.

In light of Plaintiff's representations at the Hearing that she is making efforts to retain new counsel, the Court finds good cause to reset the deadlines to file and serve a Certificate of Interested Persons and Corporate Disclosure Statement and Notice of Pendency of Other Actions until March 22, 2024, or fourteen (14) days from new counsel filing a notice of appearance in this matter.

Upon Counsel's withdrawal, and until new counsel is obtained, Plaintiff is representing herself *pro se* in this matter. As such, Plaintiff is expected to prosecute this case in a timely and efficient manner. Plaintiff may visit the Court's website (www.flmd.uscourts.gov) for resources for unrepresented litigants, including a *Guide for Proceeding Without a Lawyer*. Plaintiff may also get a copy of the *Guide* at the clerk's office. In addition, the Orlando Chapter of the Federal Bar Association operates a Legal Information Program that affords litigants proceeding in federal court without lawyers an opportunity to meet with lawyers to ask general questions about procedures governing cases in federal court. More information about the program, including instructions about how to schedule an appointment, is available on the Court's website at https://www.flmd.uscourts.gov/legal-information-program. Until Plaintiff retains counsel, she may find these resources helpful.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion (Dkt. 4) is **GRANTED**;

2. The Clerk is **directed** to terminate Attorney Louis Montone from this matter; and

3. Plaintiff shall file and serve a Certificate of Interested Persons and Corporate Disclosure Statement and Notice of Pendency of Other Actions fourteen days from the date new counsel enters an appearance in this matter. If counsel has not entered an appearance on Plaintiff's behalf by March 8, 2024,

then Plaintiff shall file and serve a Certificate of Interested Persons and Corporate Disclosure Statement and Notice of Pendency of Other Actions on or before March 22, 2024.

**DONE** and **ORDERED** in Orlando, Florida, on January 30, 2024.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Counsel of Record

Itzel Patyna
622 East San Sebastian Court
Altamonte Springs, Florida 32714